IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NATHANIEL WALTERS**                                                                  **PLAINTIFF**

v.                           Case No.: 09-5268

**DR. HOWARD ET AL.**                                                            **DEFENDANTS**

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

      Nathaniel Walters("Plaintiff"), currently a resident of Danville, Arkansas, filed this civil rights action under 42 U.S.C. § 1983.  He named as Defendants Dr. Howard, Rhonda Bradley, Zenobia Davidson, and Rhonda Meschede.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), the Honorable Jimm Larry Hendren, Chief United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.  This case is now before the Court on Plaintiff's Motion to Dismiss. (Doc. 21).

      Plaintiff filed his Complaint on November 24, 2009 (Doc. 1), alleging denial of medical care.  Defendants were served (Doc. 7) and a Scheduling Order was issued on December 13, 2010, setting this matter for a Pre-Trial Evidentiary Hearing on issues triable to a jury on August 23, 2011.  (Doc. 18).

      Plaintiff now states he does "not wish to undergo any further action against the Defendants." (Doc. 21).  The Court will construe this Motion as a Motion to Dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

      Federal Rule of Civil Procedure 41(a)(2) provides that an action may be dismissed at the plaintiff's request only by a court order unless the request is (1) made before the opposing party serves either an

answer or a motion for summary judgment, or (2) a stipulation of dismissal signed by all parties who have appeared.

Plaintiff has plainly stated he does not wish to pursue this action. ECF No. 21. As all parties have answered and there is no stipulation of dismissal signed by all parties, dismissal by Court Order pursuant to Rule 41 (a)(2) is proper.

It is the Report and Recommendation of the undersigned that Plaintiff's Motion to Dismiss, should be **GRANTED** (Doc. 21) for the forgoing reasons and Plaintiff's Complaint (Doc. 1) **dismissed without prejudice**.

**The parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**DATED this 15th day of February 2011**.

> /s/ Erin L. Setser
> HON. ERIN L. SETSER
> U.S. MAGISTRATE JUDGE