```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**NATHANIEL WALTERS**                                              **PLAINTIFF**

    **v.**                    **Civil No. 09-5268**

**DR. HOWARD et al.**                                              **DEFENDANT**

## O R D E R

Now on this 15th day of March, 2011, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 22) to which no objections have been filed. The Court, being well and sufficiently advised, has reviewed the Report and Recommendation and finds that it is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 22) is hereby **adopted *in toto;*** and

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge' Report and Recommendation, plaintiff's **motion to dismiss (Doc. 21)** is hereby **GRANTED** and his complaint is hereby **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

                                                  **/s/JIMM LARRY HENDREN**
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE